IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01389-WYD-KLM

DAWN GARCIA,

    Plaintiff,

v.

ST. VINCENT GENERAL HOSPITAL DISTRICT; and
WILLIAM BRADSHAW,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Enter Protective Order** [Docket No. 18; Filed September 1, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Protective Order is accepted for filing and entered as a order of the Court as of today's date.

Dated: September 2, 2009