IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01389-WYD-KLM

DAWN GARCIA,

   Plaintiff,

v.

ST. VINCENT GENERAL HOSPITAL DISTRICT; and
WILLIAM BRADSHAW,

   Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice (docket #24).  After careful review of the stipulation and the file, the court has concluded that the stipulated motion should be granted and that Plaintiff Dawn Garcia's claims against Defendants St. Vincent General Hospital District and William Bradshaw should be dismissed with prejudice.  It is hereby

ORDERED that the Joint Stipulated Motion for Dismissal With Prejudice (docket #24) is **GRANTED**.  It is further

ORDERED that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE** and each party to pay his own attorneys fees and costs.

Dated: October 2, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge